IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOANNA TOTH, on Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT CREDIT UNION,<br><br>   Defendant. | Case No. 3:20-cv-00306-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

  **IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation of Dismissal dated December 8, 2021 (Doc. 34), Plaintiff's claims against Defendant, Scott Credit Union, are **DISMISSED without prejudice,** each party to bear their own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:  December 9, 2021**

                MARGARET M. ROBERTIE,
                Clerk of Court

                By: s/ *Jackie Muckensturm*
                   Deputy Clerk

**APPROVED: s/ *Stephen P. McGlynn*
       STEPHEN P. MCGLYNN
       U.S. District Judge**